UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

KEITH KOLISCHAK, INDIVIDUALLY
AND AS FATHER AND NATURAL
GUARDIAN FOR CHRISTOPHER KOLISCHAK,
          Plaintiffs,

          Civ. 07-7272

   v.

LOUIS PUBLIC COMPANY LIMITED
and E.F. INSTITUTE FOR CULTURAL
EXCHANGE, INC.,
d/b/a EF EDUCATIONAL TOURS,
          Defendants.

MOTION TO ADMIT COUNSEL

PRO HAC VICE

----------------------------------------------------------X

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jordan D. Becker, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Jeffrey P. Allen, Esquire |
| Firm Name: | Seegel, Lipshutz & Wilchins, P.C. |
| Address: | 20 William Street, Suite 130 |
| City/State/Zip: | Wellesley, MA   02481 |
| Phone Number: | (781) 237-4400 |
| Fax Number: | (781) 235-2333 |

Jeffrey P. Allen is a member in good standing of the Bar of the Commonwealth of Massachusetts.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

There are no pending disciplinary proceedings against Jeffrey P. Allen in any State or Federal court.

Dated: November 7, 2007
New York, NY

                        Respectfully submitted,

By: _____
Jordan D. Becker, Esquire
SDNY Bar Number: JB-3636
PADUANO & WEINTRAUB, LLP
1251 Avenue of the Americas
Ninth Floor
New York, NY 10020
(212) 785-9100

Attorney for Defendant,
EF Institute for Cultural Exchange, Inc.
d/b/a EF Educational Tours

324881.1.439701.8000

**FOR ORIGINAL CERTIFICATE OF ADMISSION AND GOOD STANDING, PLEASE SEE DOCKET NUMBER 07-cv-07267-WCC

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **tenth** day of **January** A.D. **1977**, said Court being the highest Court of Record in said Commonwealth:

**Jeffrey P. Allen**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-fourth** day of **October** in the year of our Lord **two thousand and seven.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

KEITH KOLISCHAK, INDIVIDUALLY
AND AS FATHER AND NATURAL
GUARDIAN FOR CHRISTOPHER KOLISCHAK,

                Plaintiffs,            Civ. 07-7272

            -against-

LOUIS PUBLIC COMPANY LIMITED
And E.F. INSTITUTE FOR CULTURAL
EXCHANGE, INC.,
d/b/a EF EDUCATIONAL TOURS

                Defendants.
-------------------------------x

STATE OF NEW YORK    )
                           ) ss:
COUNTY OF NEW YORK  )

### AFFIDAVIT OF JORDAN D. BECKER IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

    JORDAN D. BECKER, being duly sworn, hereby deposes and says:

    1.    I am a member of Paduano & Weintraub LLP, counsel for Defendant E.F. Institute for Cultural Exchange, Inc., in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jeffrey P. Allen as counsel pro hac vice to represent Defendant in this matter.

    2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 2, 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

    3.    I have known Jeffrey P. Allen since 2006.

4. Jeffrey P. Allen is a member of Seegel, Lipshutz & Wilchins, P.C., Wellesley, Massachusetts.

5. I have found Jeffrey P. Allen to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jeffrey P. Allen, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Jeffrey P. Allen, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jeffrey P. Allen, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: New York, New York
November 1, 2007

_____
Jordan D. Becker
SDNY Bar Code: JDB 3636

Sworn to before me this
1st day of November, 2007

_____
Notary Public

GIDEON E. MARK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MA6063514
Qualified in New York County
Commission Expires Sept. 4, 2009

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
KEITH KOLISCHAK, INDIVIDUALLY,
AND AS FATHER AND NATURAL
GUARDIAN FOR CHRISTOPHER KOLISCHAK,
        Plaintiffs,                        Civ. 07-7272

    v.
                                                    ORDER FOR ADMISSION
LOUIS PUBLIC COMPANY LIMITED          PRO HAC VICE
and E.F. INSTITUTE FOR CULTURAL         ON WRITTEN MOTION
EXCHANGE, INC.,
d/b/a EF EDUCATIONAL TOURS,
        Defendants.
------------------------------------------------------X

       Upon the motion of Jordan D. Becker, attorney for defendant, E.F. Institute for Cultural Exchange, Inc., d/b/a EF Educational Tours, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Jeffrey P. Allen, Esquire |
| Firm Name: | Seegel, Lipshutz & Wilchins, P.C. |
| Address: | 20 William Street, Suite 130 |
| City/State/Zip: | Wellesley, MA  02481 |
| Phone Number: | (781) 237-4400 |
| Fax Number: | (781) 235-2333 |

is admitted to practice pro hac vice as counsel for defendant, E.F. Institute for Cultural Exchange, Inc., d/b/a EF Educational Tours, in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules

- 2 -

governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

_____
United States District/Magistrate Judge

324883.1.439701.8000