UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
KEITH KOLISCHAK, INDIVIDUALLY,
AND AS FATHER AND NATURAL
GUARDIAN FOR CHRISTOPHER KOLISHAK,
                 Plaintiffs,                 07 Civ. 7272 (WCC)

             v.                     DEFENDANT EF INSTITUTE FOR
                                CULTURAL EXCHANGE, INC.'S
LOUIS PUBLIC COMPANY LIMITED      RULE 7.1 DISCLOSURE STATEMENT
and E.F. INSTITUTE FOR CULTURAL
EXCHANGE, INC.,
d/b/a EF EDUCATIONAL TOURS,
                 Defendants.
-------------------------------------------------------X

      Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant, EF

Institute for Cultural Exchange, Inc. ("EF"), in the above-captioned action, certifies that

there is no parent corporation or any publicly held corporation that owns 10% or more of

the stock of EF.

Dated: New York, New York
       November 9, 2007


                    PADUANO & WEINTRAUB, LLP


By:_____
          Jordan D. Becker, Esquire
          1251 Avenue of the Americas
          Ninth Floor
          New York, New York  10020
          (212) 785-9100

          Attorneys for Defendant,
          EF Institute for Cultural Exchange, Inc.
          d/b/a EF Educational Tours

Of Counsel:

Jeffrey P. Allen, Esquire
Susan Donaldson Novins, Esquire
SEEGEL, LIPSHUTZ & WILCHINS, P.C.
20 William Street, Suite 130
Wellesley, MA   02481
(781) 237-4400

327065.1.439701.8000